The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, a foreign company<br><br>Plaintiff,<br><br>v.<br><br>ROBERT F. HEVNER, an individual, and KARIN HEVNER, an individual<br><br>Defendants. | NO. 2:25-cv-00098-MJP<br><br>~~STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER COMPLAINT~~ |

Defendant Karin Hevner and Plaintiff State Farm Fire and Casualty Company, through their respective counsel, submit this Stipulation and [Proposed] Order to set Friday, February 28, 2025 as the date by which Defendant Karin Hevner must answer or otherwise respond to Plaintiff's Complaint for Declaratory Relief.

### I.   STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between counsel, that Defendant Karin Hevner shall have up to and including February 28, 2025 to answer or otherwise respond to Plaintiff's Complaint for Declaratory Relief.

STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING TIME TO ANSWER COMPLAINT - 1
NO. 2:25-cv-00098-MJP

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

DATED this 11th day of February, 2025.

| | |
|---|---|
| **THE CHARTWELL LAW OFFICES, LLP**<br>Attorneys for Plaintiff | **GORDON TILDEN THOMAS & CORDELL LLP**<br>Attorney for Defendant Karin Hevner |
| By  *s/Elissa M. Boyd (email authorization)*<br>Elissa M. Boyd, WSBA #50436<br>Sean W. Carney, WSBA #41200<br>7700 NE Parkway Dr., Ste. 215<br>Vancouver, WA  98662<br>503.886.8108<br>eboyd@chartwelllaw.com<br>scarney@chartwelllaw.com | By  *s/Emily S. Uppal*<br>Emily S. Uppal, WSBA #60639<br>600 University Street, Suite 2915<br>Seattle, Washington 98101<br>206.467.6477<br>euppal@gordontilden.com |

## II.    ~~PROPOSED~~ ORDER

Based on the foregoing Stipulation,

IT IS HEREBY ORDERED that Defendant Karin Hevner shall have up to and including February 28, 2025 to answer or otherwise respond to Plaintiff's Complaint for Declaratory Relief.

DATED this 12th day of February, 2025.

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER COMPLAINT - 2
NO. 2:25-cv-00098-MJP

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477