UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>               Plaintiff,<br><br>   v.<br><br>ROBERT F. HEVNER, and KARIN HEVNER,<br><br>              Defendants. | CASE NO. C25-98 MJP<br><br>ORDER GRANTING STIPULATED MOTION TO STAY |

This matter comes before the Court on the Parties' Stipulated Motion to Stay. (Dkt. No. 19.) Having reviewed the Motion, the Court finds good cause and GRANTS the Motion. The Court STAYS this matter for 60 days while the Parties fully settle and dismiss the related state court action. The Parties are ORDERED to file a joint status report by no later than 60 days from the date of this Order or by no later than 7 days from the date the state court action is dismissed. The joint status report must inform the Court as to whether the related state court action has been dismissed and what further issues need to be decided in this action, if any.

ORDER GRANTING STIPULATED MOTION TO STAY - 1

1   The clerk is ordered to provide copies of this order to all counsel.

2   Dated March 21, 2025.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING STIPULATED MOTION TO STAY - 2